**KAPLAN FOX & KILSHEIMER LLP**
Lawrence King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**KAPLAN FOX & KILSHEIMER LLP**
Maia C. Kats (admitted *pro hac vice*)
*mkats@kaplanfox.com*
6109 32nd Place, N.W.
Washington, D.C. 20015
Telephone: (202) 669-0658

*Counsel for Plaintiffs Teri Turner and David Lundquist*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERI TURNER *et al.*, <br><br> Plaintiffs, <br><br> – against – <br><br> JAMBA, INC. *and* JAMBA JUICE COMPANY, <br><br> Defendants. | Case No. 18-cv-05168-DMR <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)** |

1  Pursuant to Federal Civil Procedure Rule 41(1)(A)(i), plaintiffs Teri Turner and David Lundquist ("Plaintiffs") hereby provide notice that they hereby voluntarily dismiss their above-referenced action with prejudice.  For purposes of clarity, only the individual claims of plaintiffs Teri Turner and David Lundquist are dismissed with prejudice.  The claims of any other purported class members are dismissed only without prejudice.

Respectfully submitted,

June 24, 2019           **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272


**KAPLAN FOX & KILSHEIMER LLP**
Lawrence King (SBN 206423)
*lking@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Maia C. Kats (admitted *pro hac vice*)
*mkats@kaplanfox.com*
6109 32nd Place, N.W.
Washington, D.C.  20015
Telephone:  (202) 669-0658


*Counsel for Plaintiffs Teri Turner and David Lunquist*